# County of Erie, Appt., *v.* David H. Burton.

The action of the quarter sessions in approving the bond of a township tax collector is not reviewable in this court, either upon appeal or certiorari.

(Argued April 25, 1888.   Decided May 7, 1888.)

July Term, 1888, No. 13, E. D., before PAXSON, STERRETT, GREEN, CLARK, and WILLIAMS, J. J.   Certiorari sur appeal to review the action of the Quarter Sessions of Erie County, in discharging a rule to show cause, February Sessions, 1888, No. 52.   Writ quashed.

David H. Burton, appellee, was duly elected tax collector of Millcreek township, Erie county, Pennsylvania, under the act of June 25, 1885; and on March 26, 1888, he presented his bond to the quarter sessions for approval.

The commissioners of the county of Erie objected to the approval of said bond, for the reason that the act of June 25, 1885, under which the said tax collector was elected, is a local law and § 7 of said act is in conflict with § 1, article 9, of the Constitution, as said section allows rebates to the taxpayers in the boroughs and townships for the prompt payment of state and county taxes, while the taxpayers in the cities, where the county and state levies are the same, cannot avail themselves

NOTE.—The approval of bonds is a matter within the discretion of the court, and is not the subject of review.   Stoever v. Immell, 1 Watts, 258; Twelfth Street Market Co. v. Philadelphia & R. Terminal R. Co. 142 Pa. 580, 21 Atl. 902.

of the rebate, and are compelled to pay an unequal proportion of said taxes.

Rule granted to show cause, returnable March 28, 1888.

The court below filed the following opinion:

The county commissioners except to the approval of the bond, on the ground that the act of June 25, 1885, under the provisions of which the bond is presented, is unconstitutional.

The case of Evans v. Phillipi, 117 Pa. 226, 2 Am. St. Rep. 655, 11 Atl. 630, was not cited by counsel, and it had probably escaped his attention. In it the supreme court decided that the act is a general law, and not a local one, and that it is not obnoxious to § 1, article 9, of the Constitution, which is the section claimed to have been violated by it, by counsel at the argument. The rule to show cause is discharged, and the bond approved.

The assignments of error specified the action of the court as above.

*Clark Olds* for appellant.

(No brief was filed by appellee.)

PER CURIAM:

The action of the quarter sessions in approving the bond of David H. Burton, tax collector of Millcreek township, is not reviewable here, either upon appeal or certiorari; hence, we cannot in this proceeding pass upon the constitutionality of the act of June 25, 1885, under which the said collector was elected.

Writ quashed.